UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
DEC 15 2000
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

NENE MONTES, et al.,

Plaintiffs-Appellants,

v.

ARMEN BOLADIAN, et al.,

Defendants-Appellees.

No. 00-56571

DC# CV-92-02685-R
Central District of California
(Los Angeles)

ORDER

ENTERED
CLERK, U.S. DISTRICT COURT
DEC 29 2000
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
DEC 20 2000
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Pursuant to the motion by appellant, this appeal is dismissed. Fed. R. App. P. 42(b).

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Roxane G. Ashe
Circuit Mediator

FILED
DEC 27 2000
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
DEC 15 2000
by: Deputy Clerk

S:\CASES\2000\00-56571\00-12-13-dis.wpd

326

| | |
|---|---|
| NENE MONTES<br>Plaintiff | Kirk M. Hallam<br>310-858-7700<br>[COR LD NTC ret]<br>ROSENFELD, MEYER & SUSMAN<br>9601 Wilshire Blvd.<br>Beverly Hills, CA 90210-5288 |
| PARLIAMENT-FUNKADELI<br>Plaintiff | Kirk M. Hallam<br>(See above)<br>[COR LD NTC ret] |
| v. | |
| ARMEN BOLADIAN<br>Defendant - Appellee | Joseph P. Della Maria, Jr., Esq.<br>[COR LD NTC ret]<br>ROTHSCHILD, BARRY & MYERS<br>Xerox Centre<br>55 West Monroe Street<br>Suite 3900<br>Chicago, IL 60603-5012<br>312/372-2345 |
| | Elizabeth Staggs-Wilson<br>Suite 2400<br>[COR LD NTC ret]<br>DAVIS, WRIGHT & TREMAINE<br>865 South Figueroa Street<br>Los Angeles, CA 90017 |
| BRIDGEPORT MUSIC, INC.<br>Defendant - Appellee | Joseph P. Della Maria, Jr., Esq.<br>(See above)<br>[COR LD NTC ret] |
| | Elizabeth Staggs-Wilson<br>(See above)<br>[COR LD NTC ret] |
| NINE RECORDS, INC.<br>Defendant - Appellee | Joseph P. Della Maria, Jr., Esq.<br>(See above)<br>[COR LD NTC ret] |
| | Elizabeth Staggs-Wilson<br>(See above)<br>[COR LD NTC ret] |
| JANE PETERER<br>Defendant - Appellee | Joseph P. Della Maria, Jr., Esq.<br>(See above)<br>[COR LD NTC ret] |

INTERNAL USE ONLY: Proceedings include all events.
00-56571 Warner/Chappel Music, et al v. Boladian, et al, et al

| | |
|---|---|
| | Elizabeth Staggs-Wilson<br>(See above)<br>[COR LD NTC ret] |
| WESTBOUND RECORDS, INC.<br>Defendant - Appellee | Joseph P. Della Maria, Jr., Esq.<br>(See above)<br>[COR LD NTC ret] |
| | Elizabeth Staggs-Wilson<br>(See above)<br>[COR NTC ret] |
| WARNER/CHAPPELL MUSIC, INC<br>Defendant - Appellant | Alan S. Gutman<br>FAX 310-385-0710<br>310-385-0700<br>Suite 575<br>[COR LD NTC ret]<br>Elizabeth Franco Bradley<br>FAX 310-385-0710<br>310-385-0700<br>Suite 575<br>[COR LD NTC ret]<br>9401 Wilshire Boulevard<br>Beverly Hills, CA 90212-0700 |